**Order entered September 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01151-CR

### SAMUEL FRANCO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-41032-M**

## ORDER
Before Justices Lang, Evans, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.

/s/     DAVID EVANS
        JUSTICE